UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-03188-8-RDD |
| KIM YVONNE JENKINS | CHAPTER 7 |
| Debtors | |

## MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS WITH LIENS TO ATTACH TO PROCEEDS PURSUANT TO 11 U.S.C. § 363

NOW COMES Stephen L. Beaman, Trustee in the above-referenced matter, through the undersigned counsel, and moves this Court for an Order allowing and facilitating the sale of property free and clear of liens and other interests in said property with liens to attach to proceeds pursuant to 11 U.S.C. § 363(f). In support of this Motion, the Trustee shows unto the court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

2. The Debtors filed a Chapter 13 petition in bankruptcy on April 26, 2012, and the case was converted to a Chapter 7 in bankruptcy on May 23, 2012. Stephen L. Beaman was appointed Trustee to fulfill the duties as stated in 11 U.S.C. §704.

3. The Trustee proposed to the court to sell the property described hereinafter pursuant to 11 U.S.C. §363, and the Trustee had the authority to sell this property pursuant to 11 U.S.C. §363(f).

    4. The property that sold is as follows:

    | | | |
    |---|---|---|
    | A. | 205/207 Pine Street; (2) Unit Duplex<br>PIN # 5992-58-4552, Hertford County | $15,000.00 |
    | B. | 209 Pine Street, Single Family Home<br>PIN # 5992-58-4477, Hertford County | $15,000.00 |
    | C. | 211/213 Pine Street; (2) Unit Duplex<br>PIN # 5992-58-4462, Hertford County | $15,000.00 |
    | D. | 816/818 Troy Street; (2) Unit Duplex<br>PIN # 5993-60-6293, Hertford County | $10,000.00 |
    | E. | 266 Catherine Creek Road; Single Family Home<br>PIN # 5992-58-3472, Hertford County | $15,000.00 |
    | F. | 112 Sonora Drive; Vacant Residential Lot<br>PIN # 5982-58-7364, Hertford County | $9,000.00 |
    | G. | 113 Sonora Drive; Vacant Residential Lot | $7,000.00 |

PIN # 5982-58-7132, Hertford County

Total Sale:    $86,000.00

5. After the sale, counsel for the buyer found liens of record not known to the Trustee. The Trustee is informed and believes that the following creditors have a lien upon these properties as follows:

| Name & Address of Lienholder | Nature of Lien | Reference |
|---|---|---|
| Internal Revenue Service<br>Attn: Managing Agent<br>P. O. Box 7346<br>Philadelphia, PA 19101<br><br>US Attorney General<br>5137 Robert F. Kennedy Bldg<br>10th St and Constitution Ave NW<br>Washington DC 20530 | Tax Lien on Property | 11-M-57<br>11-M-120<br>Filed in Hertford County |
| NC Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602<br><br>North Carolina Attorney General<br>NC Department of Justice<br>PO Box 628<br>Raleigh, NC 27699 | Tax Lien on Property | Film No. 13-M-27<br>Filed in Hertford County |
| Forman Rossabi Black PA<br>PO Box 41027<br>Greensboro, NC 27404 | Judgment Lien | File No. 11-CVS-009524<br>(J001)<br>Filed in Guilford County<br>Transcribed to Hertford County |
| Employment Security Commission of NC<br>Attn: Managing Agent<br>PO Box 25903<br>Raleigh, NC 27611-5903 | ESC Lien in the name of "We are All Connected WAAC, Inc" | File No. 09-M-65<br>Filed in Hertford County |

6. The liquidation of the above-described property can be facilitated by a sale free and clear of the alleged lien as set forth above with the rights of the lien creditor being transferred to the proceeds of the sale as determined and marshaled by the court.

7. The Trustee has sold this property and intends to transfer the above lien to the proceeds of the sale in its respective priorities. The sale shall be subject to the reasonable, necessary costs and

expenses of preserving and disposing of such property to the extent of any benefit to the holder of such claim pursuant to 11 U.S.C. §506(c).

       8.      If any creditor listed above claiming a lien on the above-described property does not object within the time allowed, that creditor shall be deemed to have consented to the sale of the property free and clear of that creditor's interest.

       9.      The Trustee further shows that it appears that the order of priority among the above listed liens is as follows:

| | | |
|---|---|---|
| 1st | ESC | 8/31/2009 |
| 2nd | IRS (11 M 57) | 5/2/2011 |
| 3rd | IRS (11 M 120) | 12/5/2011 |
| 4th | Forman, Rossabi | 12 T 5 |
| 5th | NC Revenue | 3/20/2013 |

The recordings of the above liens are attached hereto as Exhibits. Some or all of the properties are also subject to a first deed of trust to Southern Bank and Trust Company recorded February 29, 2008.

      WHEREFORE, Trustee prays for the court to grant the following relief:

      1.      To allow the sale of the property described herein free and clear of the purported liens claimed by the creditors named herein pursuant to 11 U.S.C. §363;

      2.      To provide that the purported liens of the creditors named herein to attach to the proceeds of the sale in their respective priorities;

      3.      To allow, after proper application, the reasonable, necessary costs and expenses of preserving such property to the extent of any benefit to the holders of such claims pursuant to 11 U.S.C. §506(c)

      4.      To establish the priorities of the liens listed herein as set forth above after the lien of Southern Bank and Trust Company; and

      4.      For such other and further relief as the court may deem just and proper.

This, the 5th day of April, 2013.

                                              Law Office of Stephen L. Beaman, PLLC
                                              By: s/Stephen L. Beaman
                                              Stephen L. Beaman, N.C. State Bar No. 6021

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the **Motion to Sell Property Free and Clear of Liens and Other Interests with Liens to Attach to Proceeds Pursuant to 11 U.S.C. §363 and Notice** was served on the persons listed below, on this date by mailing a copy thereof to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service or by CMECF, as indicated.

      This, the 5th day of April, 2013.

                                                        Law Office of Stephen L. Beaman, PLLC
                                                        By: s/Stephen L. Beaman
                                                        Stephen L. Beaman, N.C. State Bar No. 6021
                                                        P.O. Box 1907, Wilson, NC 27894-1907
                                                        Phone (252) 237-9020 Fax (252) 243-5174
                                                        jbennington@beamanlaw.com

SERVED ON :

Bankruptcy Administrator (via cm/ecf)

Michael B. Sosna, Attorney for Debtor (via CM/ECF)

| | |
|---|---|
| Kim Yvonne Jenkins | 5137 Robert F. Kennedy Bldg |
| 201 Morris Road | 10th St and Constitution Ave NW |
| Ahoski, NC 27910 | Washington DC 20530 |
| | |
| Herford County Tax Office | Employment Security Commissions |
| Attn: Managing Agent | Attn: Managing Agent |
| 704 N. King Street | P.O. Box 25903 |
| Winton, NC 27986 | Raleigh, NC 27611-5903 |
| | |
| Internal Revenue Service | Forman Rossabi Black PA |
| Attn: Managing Agent | Attn: Managing Agent |
| 4405 Bland Road | PO Box 41027 |
| Raleigh NC 27609 | Greensboro, NC 27404 |
| | |
| Internal Revenue Service | NC Department of Revenue |
| Attn: Managing Agent | Bankruptcy Unit |
| P. O. Box 7346 | PO Box 1168 |
| Philadelphia, PA 19101 | Raleigh, NC 27602 |
| | |
| Internal Revenue Service | Rudy Renfer, US Attorney |
| Office of Chief Counsel | Federal Building, Ste 800 |
| Alamance Buiilding, Mail Stop 24 | 310 New Bern Avenue |
| 4905 Koger Blvd. | Raleigh, NC 27601-1461 |
| Greensboro, NC 27407-2734 | |
| | NC Dept. of Commerce Div. Of Employment |
| US Attorney (via Certified Mail) | Security |
| Attn: Civil Process Clerk | PO Box 26504 |
| 310 New Bern Avenue | Raleigh NC 27711-6504 |
| Raleigh, NC 27601-1461 | |

US Attorney General (via Certified Mail)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                                        CASE NO. 12-03188-8-RDD
KIM YVONNE JENKINS                     CHAPTER 7
    Debtors

### NOTICE OF MOTION

Stephen L. Beaman, Trustee in the above entitled case has filed an **MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS WITH LIENS TO ATTACH TO PROCEEDS** with the court

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the matter, then on or before **FOURTEEN(14) days**, after the date below, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

**Clerk, U.S. Bankruptcy Court, Eastern District of North Carolina
1760-A Parkwood Blvd.
Wilson, NC 27893-3564**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: the undersigned attorney, debtors, debtors' attorney, trustee, Bankruptcy Administrator, and other parties in interest.

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court; and

FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the Motion and any response thereto on or before **FOURTEEN(14) days** at the United States Bankruptcy Court, located at 1760 Parkwood Boulevard, Wilson, North Carolina.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

This the 5th day of April, 2013.

                                                                           Law Office of Stephen L. Beaman, PLLC
                                                                           By: <u>S/Stephen L. Beaman</u>

04.14788-1019-00-00-20090824

EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA
UNEMPLOYMENT INSURANCE DIVISION     090086216
POST OFFICE BOX 26504
RALEIGH, NORTH CAROLINA   27611-6504     AR: 1207469

CERTIFICATION OF UNEMPLOYMENT INSURANCE TAX DELINQUENCY

August 24, 2009

File # 09-M-65
F.lm # 09-10-9999

TO: CLERK OF SUPERIOR COURT
HERTFORD COUNTY
WINTON, NORTH CAROLINA, 27986

RE: WE ARE ALL CONNECTED WAAC INC
110 N MITCHELL ST
AHOSKIE  NC  27910-3030

04 14 788 0

Greetings:

The Commission is certifying to you the non-payment by this employer of unemployment tax, penalties, and/or interest past due under the Employment Security Law of North Carolina. Please enter this certificate on your judgment docket.

Copies of this certificate are being sent to an agent of the Commission in your county to serve as an execution pursuant to North Carolina General Statutes Section 96-10(b)(1).

On or about the first of the month, you will be mailed a check covering your indexing fee for this and any other certificates sent to you during this month.

Delinquent Period(s):

1st qtr 2007, 2nd qtr 2007,

| | |
|---|---|
| Taxes | $6,300.09 |
| Interest on above through August 31, 2009** | $833.25 |
| Penalty Late Filing | $0.00 |
| Penalty Late Payment | $630.01 |
| Penalty Worthless Check | $0.00 |
| Court Costs/Docket Fee | $6.00 |
| TOTAL TO DATE | $7,769.35 |

**Interest continues to accrue on any tax due at a rate determined by G.S. 105-241.1(i until paid.

*Moses Carey*

Moses Carey, Jr., Chairman
Employment Security Commission of North Carolina

EXHIBIT
1

| Form 668 (Y)(c) (Rev. February 2004) | 11883 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 829-3903 | Serial Number 778873611 | For Optional Use by Recording Office FILED 11 MAY -2 AM 11:30 HERTFORD COUNTY, N.C. BY [signature] 11-M-57 Film # 11-5-9999 |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  GERALD T & KIM Y JENKINS

Residence  201 MORRIS RD
AHOSKIE, NC 27910-9783

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-7653 | 06/14/2010 | 07/14/2020 | 26006.98 |

Place of Filing   CLERK OF SUPERIOR COURT
HERTFORD COUNTY
WINTON, NC 27986

Total  $  26006.98

This notice was prepared and signed at   BALTIMORE, MD   , on this,

the   21st   day of   April   ,   2011   .

Signature [signature Gonzalez]   Title ACS SBSE   23-00-0008
for FRED BANKS                    (800) 829-3903

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 2

| Form 668 (Y)(c) (Rev. February 2004) | 11883 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: MALL BUSINESS/SELF EMPLOYED AREA #3 .en Unit Phone: (800) 913-6050 | | Serial Number 783279461 | For Optional Use by Recording Office 11:19 11-M-120 11-11-9999 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  KIM Y JENKINS

Residence   110 N. MITCHELL
            AHOSKIE, NC 27910-9783

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 03/31/2009 | XXX-XX-2497 | 09/05/2011 | 10/05/2021 | 13010.32 |
| 6672 | 06/30/2009 | XXX-XX-2497 | 09/05/2011 | 10/05/2021 | 13037.33 |
| 6672 | 09/30/2009 | XXX-XX-2497 | 09/05/2011 | 10/05/2021 | 13304.40 |
| 6672 | 12/31/2009 | XXX-XX-2497 | 09/05/2011 | 10/05/2021 | 14844.60 |
| 6672 | 03/31/2010 | XXX-XX-2497 | 09/05/2011 | 10/05/2021 | 13178.97 |

Place of Filing   CLERK OF SUPERIOR COURT
                  HERTFORD COUNTY
                  WINTON, NC 27986

Total  $  67375.62

This notice was prepared and signed at _____BALTIMORE, MD_____, on this,

the ___29th___ day of ___November___, ___2011___.

Signature for MS. DAMATO

Title  REVENUE OFFICER   23-12-4314
       (252) 561-4049

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 3

```
VJJS 11CVS009524;J001                                              VJJS
NC AQC CTS           CIVIL CASE PROCESSING SYSTEM        03/26/13 13:22:11
GUILFORD                    ABSTRACT SUMMARY
11 CVS 9524
  ACTION CODE: I (U,I)   FILE NUM: 11 CVS 009524   ABS NUM: J001
     CLOCKED: 011912 1251 PM   INDEXED: 012312 0950 AM   VACATED: _____
  CANCELLED:
      DEBTOR: D002 JENKINS,KIM,Y            STATUS:
    CREDITOR: P001 FORMAN RASSABI BLACK PA  STATUS:      INDIGENT COSTS:

'F6' TO DISPLAY:
DETAIL LIST _ PAYMENT LIST _ VIEW ABSTRACT   VIEW HISTORY _

PAYOFF DATE: 032613 AMOUNT:         32,843.45  DAILY INT:          5.73

  MONEY AWARD:           26,135.97        INTEREST:           6,180.98
  MONEY PAID:                 0.00   INTEREST PAID:               0.00
  MNY BALANCE:           26,135.97     INT BALANCE:           6,180.98

  COSTS & FEES:             526.50           TOTAL:          32,843.45
   COSTS PAID:                0.00            PAID:               0.00
  COST BALANCE:             526.50         BALANCE:          32,843.45
GENR0077I-NO SELECTION FROM PROMPT/LIST SCREEN
F1=HELP 3=EXIT 6=LIST
```

EXHIBIT 4

Form Gen. 22
(Rev. 01-08)

**STATE OF NORTH CAROLINA**
**DEPARTMENT OF REVENUE**
**PO DRAWER 1130**
**ELIZABETH CITY, NC 27906**
**CERTIFICATE OF TAX LIABILITY**

Film # 13-03-9999

FILED
15 MAR 20 AM 10: 35
HERTFORD CO., N.C.

**Lyons Gray**
SECRETARY OF REVENUE
STATE OF NORTH CAROLINA

-VS.-

Gerald T. & Kim Y. Jenkins
201 Morris Rd.
Ahoskie, NC 27910

ID:  XXX-XX-7653
ID:  XXX-XX-2497
ID:

TO THE CLERK OF THE SUPERIOR COURT OF     Hertford COUNTY, NORTH CAROLINA:

I, Lyons Gray, Secretary of Revenue of the State of North Carolina, under and by virtue of its revenue laws, do hereby certify that the above taxpayer (s) is/are indebted to the State of North Carolina on account of duly assessed and delinquent Income taxes, penalty and interest as follows:

| PERIOD | ASSESSMENT DATE | TAX | PENALTY/FEE | INTEREST | TOTAL | LESS PAID | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 2010 | 6/2/2012 | 5,666.00 | 3,966.20 | 528.21 | 10,160.41 | | 10,160.41 |
| 2009 | 2/10/2013 | 3,613.00 | 1,246.23 | 518.82 | 5,378.05 | | 5,378.05 |
| TOTALS: | | $9,279.00 | $5,212.43 | $1,047.03 | $15,538.46 | | $15,538.46 |

TOTAL DUE     $15,538.46

Plus additional interest on the lesser of tax or total due at 8.00% from the date of this notice until paid.

You, therefore, are directed and required to docket and cross-index this certificate in your records as a judgment against said tax debtor, pursuant to G.S. 105-242. This certificate shall take effect, be enforceable, and bear interest from this date forward, the same as any other duly docketed and indexed judgment of your court.

WITNESS my hand and seal, on     February 27, 2013

*Lyons Gray*
SECRETARY OF REVENUE

T.G. Long
Deputy of Department of Revenue

NORTH CAROLINA
Hertford     COUNTY
FILED, DOCKETED, AND CROSS-INDEXED THIS DAY IN THE OFFICE OF THE UNDERSIGNED CLERK IN JUDGMENT
DOCKET NO.     13-M-27
PAGE _____ THIS THE 20th DAY
OF March, 2013
Shawn J. Stowe, Deputy Clerk

CLERK OF SUPERIOR COURT

EXHIBIT
5
Blumberg No. 5208